# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FLINT MILLION,

       Plaintiff,

vs.

HEALTHEAST CARE SYSTEM, a
Minnesota nonprofit corporation,

       Defendant.

Court File No.:  13-cv-3033

**CERTIFICATE OF SERVICE BY MAIL**

I hereby certify that on November 5, 2013, I caused the following documents:

*ANSWER; and*
*RULE 7.1 CORPORATE DISCLOSURE STATEMENT*
*CIVIL COVER SHEET;*
*NOTICE OF REMOVAL*

to be filed electronically with the Clerk of Court through ECF and that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

Paul R. Hansmeier, Esq.
CLASS JUSTICE PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN  55402

Date:  November 5, 2013                s/ Mark R. Whitmore
                                                 Mark R. Whitmore