## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| FLINT MILLION, | Civil File No.: 13-cv-3033 JNE-TNL |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| HEALTHEAST CARE SYSTEM, a Minnesota nonprofit corporation, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Flint Million and Defendant HealthEast Care System hereto, through their respective counsel, that the above-entitled action may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

**BASSFORD REMELE**
*A Professional Association*

Dated: November 13, 2013     By: /s/ Mark R. Whitmore
Mark R. Whitmore (License #0232439)
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota  55402-3707
Telephone:   (612) 333-3000
Facsimile:     (612) 333-8829
mwhitmore@bassford.com

ATTORNEYS FOR DEFENDANT

## CLASS JUSTICE PLLC

Dated: November 13, 2013       By:   /s/Paul R. Hansmeier
                                Paul R. Hansmeier (License #387795)
                                100 South Fifth Street, Suite 1900
                                Minneapolis, MN  55402
                                Telephone:  (612) 326-9801
                                mail@classjustice.org

                                ATTORNEY FOR PLAINTIFF